STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | No. CR 15-0015-JST |
| Plaintiff,        ) | |
| ) | STIPULATION TO CONTINUE; |
| vs.        ) | [PROPOSED] ORDER CONTINUING |
| ) | CASE AND EXCLUDING TIME UNDER |
| KENYA BROWN,        ) | THE SPEEDY TRIAL ACT |
| ) | |
| Defendant.        ) | |
| _____) | |

     IT IS HEREBY STIPULATED, by and between the parties to this action, that the CHANGE OF PLEA/SENTENCING HEARING date of April 17, 2015 presently scheduled at 2:30 p.m., before the Honorable John S. Tigar, be vacated and re-set for May 8, 2015 at 9:30 a.m. for CHANGE OF PLEA and SENTENCING.

     The reason for this request is that the parties need additional time to draft a proposed plea agreement and seek approval for it. The defense has not yet reviewed the plea proposal with Ms. Brown or advised the government whether final approval should be sought. Furthermore, in hopes of a joint plea and sentencing date, the parties intend to submit sentencing memoranda prior to the guilty plea. Both parties need additional time to draft sentencing memoranda, given that those will largely be based on the plea proposal that is mutually adopted. There remains a

1  substantial amount of discovery for the defense to review as well, should the case not resolve.
2  The parties agree and stipulate that the time until May 8, 2015 should be excluded, under 18
3  U.S.C. §3161(H)(7)(A) and (B)(iv), because the ends of justice served by the granting of the
4  continuance outweigh the bests interests of the public and the defendant in a speedy and public
5  trial.  The continuance is necessary to accommodate both counsels' preparation efforts.

_____      \_\_/s/_____
Date    04/09/15                                         John Paul Reichmuth
                                                         Assistant Federal Public Defender
                                                         Counsel for defendant BROWN


_____      _____/s/_____
Date    04/09/15                                         Thomas Newman
                                                         Assistant United States Attorney

1                                ORDER

2      The court finds that the ends of justice served by the granting of the continuance
3  outweigh the bests interests of the public and the defendant in a speedy and public trial. The
4  continuance is necessary to accommodate both counsels' preparation efforts including the
5  drafting of the plea agreement and sentencing memoranda, as well as review of documents with
6  the defendant.  Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned
7  matter be continued to May 8, 2015 at 9:30 a.m., and that time be excluded from the date of this
8  order to May 8, 2015 pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv).

9

10     IT IS SO ORDERED.

13  April 10, 2015
    Date

                                                    IT IS SO ORDERED
                                                    Judge Jon S. Tigar

3